**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

| | |
|---|---|
| ALYSSA SCHUKAR,<br><br>    *Plaintiff*,<br><br>    v.<br><br>REAL TIMES MEDIA, LLC d/b/a<br>MICHIGAN CHRONICLE,<br><br>    *Defendants*. | Case No. 2:26-CV-10334-FKB-EAS<br><br><br>Hon. District Judge F. Kay Behm<br>Hon. Magistrate Judge Elizabeth A. Stafford |

### ORDER STAYING CASE DEADLINES AND FOR PLAINTIFF TO FILE DISMISSAL PAPERWORK OR TAKE APPROPRIATE ACTION WITHIN 45 DAYS

Plaintiff, having informed the Court that the parties have reached a settlement in principle by way of Plaintiff's Motion to Vacate Clerk's Entry of Default and Administratively Terminate Action (ECF No. 9);

IT IS, on this 20th day of April, 2026,

**ORDERED** that the default entered against Defendant Real Times Media, LLC is hereby vacated; and it is further

**ORDERED** that any pending deadlines are stayed and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 45 days after entry of this Order (or such additional period authorized by the Court), the Plaintiff shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41; and it is further

1

**ORDERED** that, absent receipt from the Plaintiff of dismissal papers or other action by Plaintiff to prosecute this case within the 45-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

SO ORDERED.


Date: April 20, 2026                                s/ F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge

2